IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Ingram,<br><br>    Plaintiff,<br><br>v.<br><br>Bridgecrest Acceptance Corporation,<br><br>    Defendant. | No. CV-19-05355-PHX-NVW<br><br>**ORDER** |

    Having reviewed the parties' Stipulation to Dismiss and Arbitrate Claims (Doc. 10), and finding good cause,

    IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 10).

    IT IS FURTHER ORDERED the Plaintiff's claims against Defendant Bridgecrest Acceptance Corporation ("Bridgecrest") are dismissed and all claims will be submitted to binding arbitration before either the American Arbitration Association or J.A.M.S./Endispute pursuant to the terms of the arbitration agreement attached to the Stipulation as Exhibit 1.

    Dated this 14th day of November, 2019.

*Neil V. Wake*
Neil V. Wake
Senior United States District Judge